Case 2:18-mj-03073-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 11/19/18   Page 1 of 13
Page ID #:51

AO 93  (Rev. 12/09) Search and Seizure Warrant   (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT

for the

Central District of California

**ORIGINAL**

In the Matter of the Search of

*(Briefly describe the property to be searched
or identify the person by name and address)*

12202 Dunrobin Avenue, Downey, California 90242

)
)
)
)  Case No.   2:18-MJ-3073
)
)
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Central_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-4

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____14 days from the date of its issuance_____
                                                                                                                *(not to exceed 14 days)*
X in the daytime 6:00 a.m. to 10 p.m.          at any time in the day or night as I find
                                                                  reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
                                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                                    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   11/19/2018 at 4 pm          [signature] John E McDermott
                                                                                        *Judge's signature*

City and state:     Los Angeles, California                    Hon. John McDermott, U.S. Magistrate Judge
                                                                                      *Printed name and title*

AUSA: Julia S. Choe x6530

Case 2:18-mj-03073-DUTY   Document 3   Filed 01/04/19   Page 2 of 4   Page ID #:128
Case 2:18-mj-03073-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 11/19/18   Page 2 of 13
Page ID #:52

*AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return | | |
|---|---|---|
| **Case No.:** 2:18-MJ-3073 | **Date and time warrant executed:** 0600 | **Copy of warrant and inventory left with:** Eder Quinonez |
| **Inventory made in the presence of :** Kyle Reyes | | |

*Inventory of the property taken and name of any person(s) seized:*

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes).  If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

See Attached

**Certification**  (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date:  11/3/14

_____
*Executing officer's signature*

Wilford Claiborne   US Postal Inspector
*Printed name and title*

AUSA: Julia S. Choe x6530

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____

Subject Name: _LUER QUITANEZ_   Date: _11-20-18_

Subject Address: _8202 ALDROBIA AVE, DOWNEY CA 90242_   Floor/Room No. _____

Inspector(s): _W. CLAIBORNE / K. KEYES_   Case No. _258332C_

Safe: _____   Cabinet: _____   Credenza: _____   Desk: _____   Drawer: _____

Shelf: _____   Table: _____   Wall: _____   Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | AC158C572 / SUBLIMINAL CREDIT UNION RECEIPTS |
| 1 | AC158C551 / SILVER/BLACK NUMBER ECLIPSE TARGET II 45 CAL SERIAL# KSY6345 |
| 1 | AC158C573 / LG CELL PHONE S/N 8C8CGPY789994 |
| 1 | AC158C550 / BLUE ALCATEL FLIP PHONE IMEI 917892003583587 |
| 1 | AC158C549 / BLACK LG AZTEC 8 SILVER CASE   S/N 8C9CXCC8X33 |
| 1 | AC158C548 / S/N 8C9CCH9749SU BLACK LG ASTRO 2 IN RED CASE |
| 1 | AC158C555 / BLACK IPHONE 8 PLUS |
| 1 | AC158C552 / BLACK RUBBER MAGAZINE WITH 9 ROUNDS 9MM |
| 1 | AC158C551 / BLACK LMX CELL PHONE S/N MX20151CCC23603 |
| 1 | AC158C556 / WHITE/ROSE GOLD GOLD IPHONE S/N CRACKED SCREEN |
| 1 | AC158C569 / MISC MAIL/PAPERS |
| 1 | AC158C566 / MISC BANK PAPERS |
| 1 | AC158C567 / BLACK LG CELL PHONE S/N 8C9CXVCC72K87 |
| 1 | AC158C563 / BLUE LG CELL PHONE S/N 716CYCW2Y7603 |
| 1 | AC158C571 / 3 BOXES OF AMMUNITION 7.62 45 ACP |
| 1 | AC158C574 / MISC C/C PAPERWORK |
| 1 | AC158C565 / BLACK IPHONE 8 PLUS IN CLEAR CASE |
| 1 | AC158C575 / VACUUM SEALER |
| 1 | AC158C564 / NOTE BOOK |

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*



# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____/_____

Subject Name: EDER GUTAEWIZ _____ Date: 11-20-18

Subject Address: 2202 DENROBIN AVE, DOC..EY CA 90112 Floor/Room No. _____

Inspector(s): W. SCAIBERGS / R. REVES _____ Case No. 2 S,) 3'J 2C

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | AC1SXUSC3 / SC:UG3941-C SS37993C BLACK BAGK... P TUUJ1 |
| 1 | AC1S8CSG2 / MISS PIECES of rope |
| 1 | AC1S8USG1 / VIN KNAFSUCSJSUK75C BLACK K1A SILVER GT . |

L-I-K

KK   KP

KR